## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**TERRY TUCKER**                                   **CIVIL ACTION NO. 23-cv-1069**

**VERSUS**                                          **JUDGE TERRY A. DOUGHTY**

**STEVE PRATOR ET AL**                    **MAGISTRATE JUDGE HORNSBY**

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that this Court declines to exercise supplemental jurisdiction over the remaining state law claims and therefore this civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 1st day of November 2023.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**